JS-6



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RENO,

    Petitioner,

v.

RON DAVIS, Warden of California State Prison at San Quentin,

    Respondent.

CASE NO. CV 96-2768 CBM

**DEATH PENALTY CASE**

JUDGMENT

Pursuant to the Order Denying in Part and Dismissing in Part Amended Petition for Writ of Habeas Corpus issued simultaneously with this Judgment, IT IS HEREBY ORDERED AND ADJUDGED that the Petition is denied, that Claim 131 is dismissed without prejudice, that Claims 4-6, 11-14, 22, 23, 34-37, 42-46, 50-55, 58, 64, 69-111, 113-120, 124, 126, 140, 142, and a portion of Claim 41 are dismissed with prejudice, that all other claims are denied with prejudice, and that judgment is entered in favor of Respondent and against Petitioner. The Order constitutes final disposition of the Petition by the Court.

//
//
//

The Clerk is ordered to enter this judgment.

**IT IS SO ORDERED.**

Dated: 8/15, 2017.

　　　　　　　　　　　　　　　　CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　United States District Judge